# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **Criminal Action No.** |
| : | **6:05-CR-21 (HL)** |
| **GERMAN RODAS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Before the Court is Defendant's Motion for Leave to Exceed Aggregate Limits (Doc.17), in which Defendant's attorney asks the Court to preliminarily waive the maximum expenditure limit for criminal felony cases under the Civil Justice Reform Act. Pursuant to the Civil Justice Reform Act and the Eleventh Circuit Plan Under the Criminal Justice Reform Act, such requests must be itemized in detail and establish that the amount of excess payment is necessary to provide fair compensation. See 18 U.S.C.A. § 3006A(d)(3) (2000) and Eleventh Cir. Rules, Add. IV(g)(6), 28 U.S.C.A. (2005). Therefore, Defendant's request for a blanket waiver of the maximum expenditure limit is denied.

**SO ORDERED**, this the 30th day of November, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs